# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| WASHINGTON D.C. SEATTLE CITY MANUFACTURING, INC. and JAYDEEN CATHERINE DELA CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF CORRECTIONS, GUAM PROBATION OFFICE, GUAM DEPUTY MARSHALLS OFFICE, GUAM HOUSING AND URBAN RENEWAL AUTHORITY, and GUAM POLICE DEPARTMENT,<br><br>Defendants. | CIVIL CASE NO. 20-00036<br><br>**ORDER** |

On September 1, 2021, the court ordered Ms. Dela Cruz to show cause as to why the court should not declare her a vexatious litigant. Ms. Dela Cruz had 14 days to respond and failed to do so. Accordingly, based on this court's findings in its order dated September 1, 2021, and Ms. Dela Cruz having been given sufficient notice, Ms. Dela Cruz is hereby enjoined from filing any complaint, motion, or other document in the District Court of Guam unless and until such a filing is first approved by this court. If Ms. Dela Cruz wishes to file such a document, the court hereby orders her to submit a copy of the proposed filing, a letter requesting that the document be filed, and a copy of the pre-filing review order to the clerk of court. The clerk shall

1

| | |
|---|---|
| 1 | then forward the letter, document, and copy of the order to the reviewing judge for a |
| 2 | determination of whether the document should be accepted for filing. Any document filed in |
| 3 | defiance of this order shall be dismissed. In deciding whether to allow Ms. Dela Cruz to proceed |
| 4 | with any new action, the court will consider whether the action has merit. |
| 5 | **SO ORDERED.** |



/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
Dated: Sep 17, 2021